# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO VELAZQUEZ ULLOA,<br><br>Defendant. | Case No.  6:24-mj-00017-HBK<br><br>ORDER MODIFYING CONDITIONS OF PROBATION<br><br>(Doc. No. 20) |

    Pending before the Court is the Defendant's request to modify the conditions of probation filed June 18, 2025.  (Doc. No. 20). Defendant petitions the Court to extend the time period for Defendant' to complete his community service condition to July 31, 2025. (*Id*.).

    On December 10, 2024, Defendant was sentenced to 9 months of unsupervised probation, and ordered to pay a $750.00 fine and $20 special assessment, complete 20 hours of community service within five months, and complete the DMV First Time Offender DUI Course.  (Doc. No. 16).  Defendant's probationary period is set to expire on September 10, 2025 but he has not fulfilled his community service hours within the time set by the Court. The Government does not object to the modification.

    Accordingly, it is **ORDERED**:

1. Defendant's Motion to Modify Conditions of Probation (Doc. No. 20) is GRANTED to the extent set forth herein.

2. Pursuant to 18 U.S.C. § 3563(c), the Court modifies Defendant's unsupervised probation to extend the time period for Defendant to complete his community service hours to July 31, 2025.

3. The Court sets this case for a Review Hearing on August 12, 2025 at 10:00 A.M.

4. Defendant may move to early terminate probation and vacate the August 12, 2025 Review Hearing if in full compliance and the government agrees.

Dated:   July 1, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE