# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )   Case No.  6:24-mj-00017-HBK

              )

         Plaintiff,    )   **DEFENDANT'S STATUS REPORT ON**

v.          )   **UNSUPERVISED PROBATION**

              )

RUSSELL O'SHEI        )

         Defendant.    )

              )

              )

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:**        36 C.F.R. § 4.23(a)(2)

                  36 CFR § 4.4(c)

**Sentence Date:**       December 10, 2024

**Review Hearing Date:**   February 3, 2026

**Probation Expires On:**   July 15, 2026

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒    **Obey all federal, state and local laws**; and

☒    **Monetary Fines & Penalties in Total Amount of:**  $770 which Total Amount is made up of a Fine: $ 750 Special Assessment: $ 20 Processing Fee: $ Choose an item. Restitution: $

☐    Payment schedule of $          per month by the          of each month.

☒    **Community Service hours Imposed of:**  20 hours at an organization that supports the National Park Service or a similar organization.

☒    **Other Conditions:**  Abstain from alcohol and establishments where the primary business of sale is alcohol; abstain from operating a vehicle with any detectable amount of alcohol; comply with chemical testing to determine blood alcohol content upon request by a law enforcement officer; complete USMS booking; and complete a First Time DUI Offender Course.

## *DEFENSE POSITION:*

☒    To date, Defendant has paid a total of $ 770
       ☐ If not paid in full when was last time payment:   Date: Click here to enter a date.
                              Amount:  $

☒    To date, Defendant has performed 20  hours of community service.

☒    Compliance with Other Conditions of Probation:  Mr. O'Shei's only remaining condition includes completion of the DUI course, and his required exit interview is scheduled for May 18, 2026.  Documentation of the set interview was shared with the government.

**GOVERNMENT POSITION:**

☒        The Government agrees to the above-described compliance.

☐        Defendant has complied with and completed <u>all</u> conditions of probation described-above.

☐        Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

        If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐        The Government disagrees with the following area(s) of compliance:

Government Attorney:  Nancy Phillipe, Rule 180

**DEFENDANT'S REQUEST (OPTIONAL):**

In light of the information detailed in this status report, the defendant moves for the following:

☒        that the review hearing set for 5/12/2026 at 10 am

        ☒        be continued to 6/2/2026 at 10:00 a.m. following the DUI course exit interview scheduled for May 18, 2026.  Although Mr. O'Shei's estimated date of completion was previously believed to be in April, *see* ECF No. 26 (confirming the 3-month course), his course had not yet set the exit interview.  Because the exit interview was scheduled for a later date, the proposed continuance would allow Mr. O'Shei to share his certificate of completion following the May 18 interview. The government is in agreement with the requested continuance.

DATED:  4/27/2026
                                    */s/ Lisa Ndembu Lumeya*
                                      DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒        GRANTED.  The Court orders that the Review Hearing set for May 12, 2026 at 10:00 A.M. be continued to June 2, 2026 at 10:00 A.M.

☐        DENIED.

Dated:    April 27, 2026
                                      HELENA M. BARCH-KUCHTA
                                      UNITED STATES MAGISTRATE JUDGE